IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN BUILDERS AND CONTRACTORS SUPPLY CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAELS ROOFING & RESTORATION, LLC, a Domestic Limited Liability Company; and THOMAS LAWRENCE DELLWO, personal guarantor, <br><br> Defendants. | 8:24CV31 <br><br> ORDER ON STIPULATION FOR ENTRY OF JUDGMENT |

This case is before the Court on the Stipulation for Entry of Judgment filed by Plaintiff American Builders and Contractors Supply Co., Inc. dba ABC Supply Co., Inc. (Plaintiff), and Defendants Michaels Roofing & Restoration, LLC, and Thomas Lawrence Dellwo (Defendants). Filing 22. The parties stipulate and agree that Judgment shall be entered against Defendants, jointly and severally, in the amount of $276,445.70, with interest thereon at the rate of 18% per annum from December 1, 2023, until paid. Filing 22 at 1. Based on this Stipulation, the parties jointly request that the Court enter a judgment in favor of Plaintiff and against Defendants on Plaintiff's claims, and that Defendants' claims against Plaintiff be voluntarily dismissed with prejudice. Accordingly,

IT IS ORDERED that the parties' the Stipulation for Entry of Judgment filed by Plaintiff American Builders and Contractors Supply Co., Inc. dba ABC Supply Co., Inc. (Plaintiff), and Defendants Michaels Roofing & Restoration, LLC, and Thomas Lawrence Dellwo (Defendants), Filing 22, is accepted, and that judgment shall enter in favor of Plaintiff and against Defendants on Plaintiff's claims in the amount of $276,445.70, with interest thereon at the rate of 18% per

1

annum from December 1, 2023, until paid, and Defendants' claims against Plaintiff are dismissed with prejudice.

A separate judgment shall enter accordingly.

Dated this 7th day of October, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge